JS-6

FILED
CLERK, U.S. DISTRICT COURT
10/3/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ISAAC E. and ANGELA LARIAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | **Case No. 2:17-CV-2490 FMO (AGRx)**<br><br>Consolidated With:<br>Case No. 2:17-CV-2493 FMO (AGRx)<br><br>**[PROPOSED] ORDER GRANTING S STIPULATION TO DISMISS** |

//
//
//
//

# **ORDER**

Having been advised by counsel that the parties have agreed to a negotiated settlement that resolves all of the issues in this consolidated case, IT IS ORDERED that the above-captioned action is hereby dismissed with prejudice and without costs.

**IT IS SO ORDERED.**

DATED: October 3, 2019

/s/
Fernando M. Olguin
United States District Judge